UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br>*Abel et al. v. Monsanto Co.*,<br>Case No. 3:21-cv-07124-VC | **ORDER GRANTING MOTION FOR RECONSIDERATION**<br>Re: Dkt. No. 20472 |

The motion for reconsideration of PTO 314 in the above captioned case is granted. While the Court seriously questions whether Dr. Ashraf is sufficiently qualified to be providing an expert opinion in this case, particularly because he does not appear to perform differential etiology as a part of his clinical practice, the Court is constrained by Ninth Circuit case law giving significant deference doctors who provide specific causation opinions. *See* Pretrial Order No. 85 (Dkt. No. 2799) at 5; Pretrial Order No. 288 (Dkt. No. 17504) at 11 n.6; Pretrial Order No. 289 (Dkt. No. 17841) at 5 n.4; Pretrial Order No. 292 (Dkt. No. 18367) at 5 n.1. With the experience issue removed from the equation, none of the other purported flaws in Ashraf's report that were flagged by Monsanto are sufficient to merit excluding his opinion. While the Court initially found that Ashraf's consideration of Abel's weight was lacking, Abel is correct that the relevant literature suggests the link between overweightness and NHL is not nearly as strong as the link with obesity. Accordingly, Ashraf will be allowed to testify as to specific causation in this case. The Court shall file a suggestion of remand with the JPML in anticipation of trial in Abel's home district.

**IT IS SO ORDERED.**

Dated: August 20, 2025

_____
VINCE CHHABRIA
United States District Judge

2