UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br>*Abel et al. v. Monsanto Co.*,<br>Case No. 3:21-cv-07124-VC | **ORDER GRANTING MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION**<br>Re: Dkt. No. 20472 |

The request for leave to file a motion for reconsideration of the Court's Pretrial Order No. 314—insofar as it granted Monsanto's motion to exclude plaintiffs' expert Dr. Khaleel Ashraf's report regarding the above captioned matter—is granted. The brief filed by plaintiffs in support of that request is deemed the motion for reconsideration. Monsanto is ordered to file a response to plaintiffs' motion for reconsideration within 7 days. Plaintiffs may file a reply 7 days thereafter.

The Court is tentatively inclined to think that the failure to meaningfully consider Abel's weight is not enough, on its own, to exclude Ashraf's opinion. However, with many of the experts excluded in Wave 7 cases, the Court did not discuss each flaw in each expert's opinion. Therefore, in addition to addressing Ashraf's treatment of Abel's weight, Monsanto should flag any other serious issues it believes exist with Ashraf's opinion, such as whether he's qualified to offer a specific causation opinion or his treatment of genetic mutations (to the extent Abel had such mutations). Monsanto's response may not exceed 15 pages, and plaintiffs' reply may not exceed 10 pages.

2

**IT IS SO ORDERED.**

Dated: May 16, 2025

_____
VINCE CHHABRIA
United States District Judge

2